UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELAINE WANG and MATTHEW HOPKINS, <br><br> Plaintiffs, <br><br> -against- <br><br> RETAIL PROPERTIES OF AMERICA, INC., et al., <br><br> Defendants. | 1:21-cv-07237 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

Plaintiffs Elaine Wang ("Wang") and Matthew Hopkins ("Hopkins") filed notices of voluntary dismissal of their individual claims with prejudice on February 14, 2022. *See* ECF Nos. 4-5. The Court approved Hopkin's notice of voluntary dismissal on February 14, 2022. *See* ECF No. 6. IT IS HEREBY ORDERED that Wang's notice of voluntary dismissal (*see* ECF No. 4) is also approved. Accordingly, the Clerk of Court is directed to CLOSE this case.

Dated: October 5, 2022
         New York, New York

SO ORDERED.

*[signature]*
JENNIFER L. ROCHON
United States District Judge